# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel.<br>WILLIAM R. BALDIGA and<br>FAH LIQUIDATING TRUST<br><br>　　　　　Plaintiffs/Relators,<br><br>　　v.<br><br>HYBRID TECH HOLDINGS, LLC,<br>HYBRID TECHNOLOGY, LLC, and<br>ACE STRENGTH INTERNATIONAL, LTD.,<br><br>　　　　　Defendants. | )<br>)<br>)<br>)<br>) Civil Action No.15-00019(JEB)<br>) **FILED UNDER SEAL**<br>) **AND *EX PARTE***<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## UNITED STATES' NOTICE OF INTERVENTION
## FOR PURPOSE OF SETTLEMENT

The United States of America, through undersigned counsel, respectfully submits this Notice of Intervention for Purpose of Settlement in this *qui tam* action under the False Claims Act, as amended, 31 U.S.C. § 3730 *et seq.* The United States intervenes in this action for the purpose of effectuating a settlement between the United States, relators, and defendants. Consistent with the terms of the Settlement Agreement, the United States and relators will file a Joint Stipulation of Dismissal upon payment of the settlement amount by defendants.

The United States respectfully requests that the relators' Second Amended Complaint, this Notice, and the attached proposed Order be unsealed. The United States requests that all other papers on file in this action remain under seal because such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: January 24, 2020

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　JOSEPH H. HUNT
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General

JESSIE K. LIU
United States Attorney

DANIEL F. VAN HORN
Chief, Civil Division

By: _____
John C. Truong
Heather Graham-Oliver
Assistant United States Attorneys
United States Attorney's Office
  for the District of Columbia
555 Fourth Street, NW
Washington, D.C.   20530
Tel:   (202) 252-2520 (AUSA Graham-Oliver)
Tel:   (202) 252-2524 (AUSA Truong)
Fax:   (202) 252-2505
Attorneys for the United States of America