IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* <br> WILLIAM R. BALDIGA and <br> FAH LIQUIDATING TRUST <br><br> Plaintiffs/Relators, <br><br> v. <br><br> HYBRID TECH HOLDINGS, LLC, <br> HYBRID TECHNOLOGY, LLC, and <br> ACE STRENGTH INTERNATIONAL, LTD., <br><br> Defendants. | ) <br> ) <br> ) <br> ) Civil Action No.15-00019 (JEB) <br> ) **UNDER SEAL** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER

The United States having intervened in this action for the purpose of effectuating a settlement between the United States, relators, and defendants,

**IT IS HEREBY ORDERED that:**

1. Relators' Second Amended Complaint, the United States' Notice of Intervention for the Purpose of Settlement, and this Order be unsealed;

2. all other papers filed in this case remain under seal; and

3. all other matters occurring in this action after the date of this Order shall be filed publicly and not under seal.

**IT IS SO ORDERED** this 27th day of Jan., 2020.

_____
UNITED STATES DISTRICT COURT
J. Boasberg